IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN FISHER,** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | NO. 02-1764 |
| | : | |
| **JEFFREY BEARD, et al.,** | : | |
| Respondents | : | |

### O R D E R

**STENGEL, J.**

     **AND NOW**, this   10th   day of August, 2009, upon careful and independent consideration of the petition for writ of *habeas corpus*, and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Timothy R. Rice, it is hereby ORDERED that:

    1.    The petitioner's objections are OVERRULED;

    2.    The Report and Recommendation is APPROVED and ADOPTED;

    3.    The petition for writ of *habeas corpus* is DENIED with prejudice;

    4.    There is no probable cause to issue a certificate of appealability;

    5.    The Clerk of Court shall mark this case CLOSED for statistical purposes.

                      BY THE COURT:

                      /s/ Lawrence F. Stengel
                      LAWRENCE F. STENGEL, J.